UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| vs. | ) No. 21-3009-CV-S-DPR |
| | ) |
| ROBERT SINTO CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

__X__    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Verdict found in favor of Defendant.

**IT IS SO ORDERED.**

Date:  January 30, 2024                    /s/ Paige Wymore-Wynn
                                           Clerk

Entered: January 30, 2024                  /s/ Karla Berziel
                                           By:    Deputy Clerk